UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 05 CR 10142 JLT |
| ) | CRIMINAL NO.: |
| v.                                         ) | |
| ) | VIOLATION: |
| ) | |
| ALVIN CAMPBELL                ) | 18 U.S.C. § 922(g)(1) - |
| ) | Felon in Possession of |
| ) | Firearm and Ammunition |

INDICTMENT

COUNT ONE:   (Title 18, United States Code § 922(g)(1) - Felon
            In Possession Of a Firearm and Ammunition)

The Grand Jury charges that:

   On or about March 19, 2005, at Sharon, in the District of Massachusetts,

ALVIN CAMPBELL,

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Smith & Wesson, model SW9VE, 9mm handgun bearing serial number PBU4126, and various rounds of 9mm ammunition, in and affecting commerce.

   All in violation of Title 18, United States Code, Section 922(g)(1).

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY


_____
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS;            , 2005

Returned into the District Court by Grand Jurors and filed.

_____
DEPUTY CLERK

≪JS 45 (5/97) - (Revised USAO MA 6/29/04)  05 CR 10142 JLT

**Criminal Case Cover Sheet**     U.S. District Court - District of Massachusetts

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** ATF

**City** Sharon     **Related Case Information:**

**County** Norfolk     Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Alvin Campbell     Juvenile [ ] Yes [x] No

**Alias Name** _____

**Address** 96 West Springfield Street, Boston, MA 02118

**Birth date (Year only):** 1980   **SSN (last 4 #):** 6552   **Sex** M   **Race:** Black   **Nationality:** U.S

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Robert E. Richardson     **Bar Number if applicable** 558489

**Interpreter:** [ ] Yes [x] No    **List language and/or dialect:** _____

**Matter to be SEALED:** [ ] Yes [x] No

[x] **Warrant Requested**    [ ] **Regular Process**    [ ] **In Custody**

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as _____ in _____.
[ ] Already in State Custody _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

**Charging Document:** [ ] Complaint    [ ] Information    [x] Indictment

**Total # of Counts:** [ ] Petty _____ [ ] Misdemeanor _____ [x] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[x] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 6/8/05    **Signature of AUSA:** _(signed)_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse    05 CR 10142 JLT

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Alvin Campbell

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 922(g)(1) | Felon in possession of firearm and ammunition | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**