```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
     v.                       )    CRIMINAL NO. 05-10142-JLT
                              )
ALVIN CAMPBELL                )
```

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by and through Assistant United States Attorney Robert E. Richardson, respectfully represents, to the best of his knowledge and belief:

1. That ALVIN CAMPBELL, Inmate #A93851, is presently incarcerated at the Souza Baronowski Correctional Facility, Shirley, Massachusetts, and that he will be incarcerated at that institution for the immediate future.

2. That it is necessary to have ALVIN CAMPBELL appear before the United States District Court for the District of Massachusetts (Collings, M.J.) for the purpose of an initial appearance in the above-captioned matter.

WHEREFORE, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to be directed to the Superintendent, Souza Baranowski Correctional Center, Shirley, Massachusetts, or to any other person having custody and control of ALVIN CAMPBELL, commanding them to produce ALVIN CAMPBELL before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts, for the

purpose of his initial appearance at such time and on such date other than July 13, 2005 as is convenient to the Court.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                           By: /s/Robert E. Richardson
                                ROBERT E. RICHARDSON
                                Assistant U.S. Attorney
July 8, 2005                   (617)748-3247

ALLOWED:

_____
ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE

DATED: _____