# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:   THE SUPERINTENDANT OF THE SOUZA BARONOWSKI CORRECTIONAL FACILITY
SOUZA BARONOWSKI CORRECTIONAL FACILITY
SHIRLEY, MA

YOU ARE COMMANDED to have the body of **ALVIN CAMPBELL ( inmate A893851)** now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __23__, on the __7th__ floor, Boston, Massachusetts on __July 21, 2005__, at __10:15 A.M.__ for the purpose of __INITIAL APP. ARRAIGNMENT__ in the case of UNITED STATES OF AMERICA V. __ALVIN CAMPBELL__ Docket Number __05-CR-10142-JLT__.

And you are to retain the body of said __ALVIN CAMPBELL__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __ALVIN CAMPBELL__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __15th__ day of __July, 2005__.

SARAH A. THORNTON
CLERK OF COURT

SEAL

By: /s/ Noreen A. Russo
Noreen A. Russo, Deputy Clerk
To the Honorable Robert B. Collings

(HabeasCAMPBELL.wpd - 2/2000)