AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ALVIN CAMPBELL

**WARRANT FOR ARREST**

CASE NUMBER: 05 CR 10142 JLT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ALVIN CAMPBELL
_Name_

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
being a felon in possession of a firearm and ammunition

in violation of United States Code, Section(s) 922(g)(1)

_Name of Issuing Officer_

_Signature of Issuing Officer_

Supervisor
Title of Issuing Officer

6-8-05 Boston
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ATF
BY ARREST/ARRAIGNMENT OF THE 7/31/05
DEFENDANT

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.