# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                      CRIMINAL NO. 2005-10142-JLT

ALVIN CAMPBELL,
        Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

6/8/2005 - Indictment returned.

7/22/2005 - Initial Appearance/Arraignment

7/23 - 8/19/2005 - Excluded as per L.R. 112.2(A)(2)

8/30/2005 - Conference held.

8/31 - 10/31/2005 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of October 31, 2005, TEN (10) non-excludable days will have occurred leaving SIXTY (60) days left to commence trial so as to be within the

seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

August 30, 2005.