UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 05-10142-JLT |
| v. | ) | |
| | ) | |
| ALVIN CAMPBELL | ) | |
| | ) | |

### *ASSENTED TO* MOTION TO CONTINUE STATUS CONFERENCE

Now comes ALVIN CAMPBELL and requests that the status conference currently scheduled for October 14, 2005 be continued to October 20 or 21, 2005 or such other time convenient to the Court and interested parties.

The reasons for this request are as follows:

1. Defendant's attorney, George F. Gormley, has a doctor's appointment scheduled for the same time as the above status conference; and

2. The United States (Robert E. Richardson, Esq., AUSA) assents to this request.

Respectfully submitted,
**ALVIN CAMPELL,**
By his attorney,

/s George F. Gormley

George F. Gormley (BBO# 204140)
*George F. Gormley, P.C.*
655 Summer Street
Boston, MA 02210
(617) 478-2750

**Dated:**     October 4, 2005