# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    V.                    CRIMINAL NO. 2005-10142-JLT

ALVIN CAMPBELL.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

10/21/2005 - Conference held.

10/22 - 12/2/2005 - Excluded as per 18 U.S.C. § 3161(h)91)(F).

Thus, as of December 2, 2005, TEN (10) non-excludable days have occurred leaving SIXTY (60) days left to commence trial so as to be within the seventy-day period for trial set by statute.

                                            */s/ Robert B. Collings*
                                            ROBERT B. COLLINGS

October 21, 2005.                  United States Magistrate Judge