UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 05-10142-JLT |
| v. ) | |
| ) | |
| ALVIN CAMPBELL ) | |
| ) | |

## DEFENDANT'S ASSENTED-TO MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE A MOTION TO SUPPRESS

Now comes ALVIN CAMPBELL, through undersigned counsel, and respectfully requests an extension of time in which to file a motion to suppress. As defendant's motion is currently to be filed by December 2, 2005, defendant seeks a one (1) week extension of time until December 9, 2005. As grounds for this request, counsel states that the Thanksgiving holiday and his engagement in the trial of United States v. Hart, et al., 02-10301-NG, necessitate additional time to prepare a motion and confer with the defendant. Counsel for the Government assents to this request.

Respectfully submitted,
**ALVIN CAMPELL,**
By his attorney,

/s George F. Gormley

George F. Gormley (BBO # 204140)
*George F. Gormley, P.C.*
655 Summer Street
Boston, MA 02210
(617) 478-2750

**Dated:**     November 22, 2005