UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CRIMINAL NO. 05-10142-JLT |
| | ) |
| **ALVIN CAMPBELL** | ) |

JOINT MEMORANDUM
PURSUANT TO LOCAL RULE 116.5(C)

Pursuant to Local Rule 116.5(C), the United States and the defendant Alvin Campbell (collectively, the "parties") state as follows:

(1) There are no outstanding discovery issues not yet presented to the Court.

(2) Neither party anticipates providing additional discovery.

(3) The defendant does not intend to raise a defense of public authority or insanity.

(4) The government has not requested notice of an alibi by the defendant.

(5) The defendant intends to file a motion to suppress evidence.

(6) The defendant has moved for and seeks additional time within which to file his motion to suppress evidence.

(7) The parties have not yet had such discussions.

(8) The parties estimate that the trial will last approximately one week.

                                                                   Respectfully submitted,

```
ALVIN CAMPBELL                     MICHAEL J. SULLIVAN
Defendant                          United States Attorney

By:  /s/George Gormley (rer)       By:  /s/Robert E. Richardson
     George Gormley, Esq.               Robert E. Richardson
                                        Assistant U.S. Attorney
```