# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      V.                    CRIMINAL NO. 2005-10142-JLT

ALVIN CAMPBELL.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    12/12/2005 - Conference held.

    12/3 - 12/16/2005 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

    Thus, as of December 16, 2005, TEN (10) non-excludable days have occurred leaving SIXTY (60) days left to commence trial so as to be within the seventy-day period for trial set by statute.

                                            /s/ Robert B. Collings
                                            ROBERT B. COLLINGS

December 12, 2005.                     United States Magistrate Judge