# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    V.                              CRIMINAL NO. 2005-10142-JLT

ALVIN CAMPBELL.

## ORDER AFTER
## FINAL STATUS CONFERENCE
## PURSUANT TO LOCAL RULE 116.5(C)

COLLINGS, U.S.M.J.

    A Final Status Conference was held on December 12, 2005.

    The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

    (1)    No.

    (2)    No.

    (3)    No.

    (4)    The government has not requested notice of alibi.

(5)  A motion to suppress will be filed on or before December 16, 2005; the Government will respond by cob January 6, 2006.

(6)  No.

(7)  At this point, it is unclear whether a trial will be necessary; trial will last about five (5) trial days.

(8)  *See* Further Order of Excludable Delay entered this date. ***An Initial Pretrial Conference should be set AS SOON AS POSSIBLE AFTER. January 6, 2006.***

(9)  Five (5) days.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1)  Yes.

(2)  Yes; no reason for the case to remain with the magistrate judge.

(3)  *See* ¶ (5), *supra.*

(4)  *See* ¶ (8), *supra.*

(5)  Five (5) days.

(6)  None.

I RECOMMEND that the Court set the case down for an Initial Pretrial Conference pursuant to Local Rule 117.1 *AS SOON AS POSSIBLE AFTER JANUARY 6, 2006*.

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS

TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE TAURO'S SESSION.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

December 12, 2005.