UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>       v.          )<br>)<br>**ALVIN CAMPBELL**        ) | CRIMINAL NO. 05-10142-JLT |

### ASSENTED-TO MOTION TO ENLARGE TIME

The government respectfully moves this Court to enlarge by one week, from January 6, 2006 to and including January 13, 2006, its time to file its responses to the defendant's motion seeking suppression of evidence.  As grounds therefor, the government states that, in addition to the within matter, undersigned counsel is handling three active appellate matters, as well as preparing a response to a late-filed motion to suppress in a different session of this Court on a matter scheduled for trial on January 23, 2006.  The government further states that the additional time is necessary in order to prepare responses that will provide meaningful assistance to the Court in deciding the issues raised in the defendant's motions.

The defendant, through counsel, has expressed his assent to the allowance of this motion.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                               By:  /s/Robert E. Richardson
                                            Robert E. Richardson
                                            Assistant U.S. Attorney

Case 1:05-cr-10142-JLT  Document 23  Filed 01/06/2006  Page 2 of 2