UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Criminal No. 05-10142-JLT |
| | * | |
| ALVIN CAMPBELL, | * | |
| Defendant. | * | |

ORDER

April 5, 2006

TAURO, J.

After the Conference held on April 5, 2006, this court hereby orders that:

1. A Hearing on Defendant's <u>Motion to Suppress</u> [# 21] will be held on June 28, 2006, at 2:15 p.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge