UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL NO. 05-10142-JLT** |
| **v.** ) | |
| ) | |
| **ALVIN CAMPBELL** ) | |
| ) | |

**MOTION FOR A PRE-PLEA PRESENTENCE REPORT**
*(Assented to)*

    Now comes the defendant, ALVIN CAMPBELL, and moves this Honorable Court to order a Pre-Plea Presentence Report be prepared by the Probation Department.

    As grounds for this request, defense counsel states a Pre-Plea Presentence Report is necessary to accurately assess the guideline criminal penalties and other sentencing options available to the Court pursuant to 18 U.S.C. § 3553 as Mr. Campbell considers the alternatives to trial on the charge alleged in the above-captioned indictment.

    The government joins with this request.

                                                               Respectfully submitted,
                                                             **ALVIN CAMPBELL**
                                                             By his attorney,

                                                             /s George F. Gormley
                                                            George F. Gormley
                                                           ***George F. Gormley, P.C.***
                                                           755 East Broadway
                                                           South Boston, MA 02127
                                                           (617) 268-2999
                                                           BBO# 204140

**Dated**:        April 6, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 6, 2006.

/s George F. Gormley

George F. Gormley