```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10142-JLT |
| | ) | |
| ALVIN CAMPBELL | ) | |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by and through Assistant United States Attorney Robert E. Richardson, respectfully represents, to the best of his knowledge and belief:

1. That ALVIN CAMPBELL, DOB 8/2/1980, Inmate #A93851, is presently incarcerated at the Souza Baronowski Correctional Facility, Shirley, Massachusetts, and that he will be incarcerated at that institution for the immediate future.

2. That it is necessary to have ALVIN CAMPBELL appear before the United States District Court for the District of Massachusetts (Tauro,J.) on June 28, 2006 at 2:15 p.m. for the purpose of a suppression hearing in the above-captioned matter.

WHEREFORE, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to be directed to the Superintendent, Souza Baranowski Correctional Center, Shirley, Massachusetts, or to any other person having custody and control of ALVIN CAMPBELL, commanding them to produce ALVIN CAMPBELL before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts, for the

purpose of a suppression hearing at 2:15 p.m. on June 28, 2006.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

    By: /s/Robert E. Richardson
    ROBERT E. RICHARDSON
    Assistant U.S. Attorney
June 27, 2006    (617)748-3247

ALLOWED:

_____
JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE

DATED: _____