Copy

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

TO THE MARSHALL FOR THE DISTRICT OF MASSACHUSETTS, or any of the deputies, and to:   THE SUPERINTENDENT , AT THE SOUZA BARANOWSKI CORRECTIONAL FACILITY IN SHIRLEY, MASSACHUSETTS.

YOU ARE COMMANDED to have the body of ALVIN CAMPBELL, now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Courtroom Number 20 Boston, Massachusetts on WEDNESDAY, June 28, 2006 at 9:00 A.M. for purposes of Motion to Suppress Hearing in the matter of   UNITED STATES OF AMERICA VS ALVIN CAMPBELL, CR 05-10142-JLT and are to retain the body of said ALVIN CAMPBELL before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said ALVIN CAMPBELL, to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And you have then and there this Writ with your doings herein.

SARAH THORNTON,   CLERK

By: _Zita Lovett_
Zita Lovett, Deputy Clerk

DATED AT BOSTON, THIS 27TH
DAY OF JUNE, 2006.