UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| | * | |
| v. | * | Criminal No. 05-10142-JLT |
| | * | |
| | * | |
| ALVIN CAMPBELL, | * | |
| | * | |
| Defendant. | * | |

ORDER

June 28, 2006

TAURO, J.

After a Motion Hearing held on June 28, 2006, this court hereby orders that:

1. Defendant has until July 14, 2006 to file a supplemental memorandum in support of his Motion to Dismiss;

2. The United States has until July 21, 2006 to file a response to Defendant's supplemental memorandum; and

3. Defendant's <u>Motion to Suppress</u> [# 21] is TAKEN UNDER ADVISEMENT.

IT IS SO ORDERED.

      /s/ Joseph L. Tauro
United States District Judge