UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 05-10142-JLT |
| v. ) | |
| ) | |
| ALVIN CAMPBELL ) | |
| ) | |

### DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE THE PRE-TRIAL CONFERENCE

Now comes ALVIN CAMPBELL, through undersigned counsel, and respectfully requests the Court continue the pre-trial conference of this matter. The conference is currently scheduled for August 30, 2006; however, counsel is scheduled to be away on an already planned vacation from August 28, 2006 through September 6, 2006. Counsel therefore requests that this Court continue the pre-trial conference until a date and time that is convenient to the Court during the week of September 11, 2006.

Counsel for the Government assents to this request, and counsel for both parties request that the time between August 30, 2006 and the date of the pre-trial conference to be rescheduled in response to this Motion, be excluded for purposes of the Speedy Trial Act.

    Respectfully submitted,
    **ALVIN CAMPELL,**
    By his attorney,

    /s George F. Gormley

    George F. Gormley (BBO # 204140)
    *George F. Gormley, P.C.*
    755 East Broadway
    South Boston, MA 02127
    (617) 268-2999

**Dated:**    August 25, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 25, 2006.

/s George F. Gormley
_____
George F. Gormley