UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10142-JLT |
| | ) | |
| **ALVIN CAMPBELL** | ) | |

### ASSENTED-TO MOTION TO EXCLUDE TIME

The government respectfully moves this Court, pursuant to 18 U.S.C. § 3161(h)(8)(A), to exclude the period from September 13, 2006 to and including December 11, 2006 from the time within which this case would otherwise have to be tried under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. (the "STA"). As grounds therefor, the government states that, at the Pretrial Conference held before this Court on September 13, 2006, counsel for the defendant requested a trial date in December 2006, informing the Court that the defendant is also facing state charges, that counsel in this case and counsel in the state case plan to meet with the defendant soon in an effort to see whether the defendant's cases can be resolved short of trial, and that accordingly the possibility exists that this matter can be resolved without a trial. Given the potential conservation of judicial and other resources that would be realized if the case is resolved by plea rather than by trial, and given the benefits to the parties and the public in eliminating the uncertainties of trial in the event the matter can be resolved by plea, the government respectfully requests that this Court find that the

ends of justice served by setting the trial date on December 11, 2006 outweigh the best interests of the public and the defendant in a speedy trial, and that the Court accordingly order that the period set forth above be excluded from the STA calculation.

The defendant, through counsel, has expressed his assent to the allowance of this motion.

>                          Respectfully submitted,
>
>                          MICHAEL J. SULLIVAN
>                          United States Attorney
>
>                    By:   /s/Robert E. Richardson
>                          Robert E. Richardson
>                          Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, Robert E. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 13, 2006.

>                          /s/Robert E. Richardson
>                          Robert E. Richardson
>                          Assistant U.S. Attorney