Copy

## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

TO THE MARSHALL FOR THE DISTRICT OF MASSACHUSETTS, or any of the deputies, and to: THE SUPERINTENDENT , AT THE SOUZA BARANOWSKI CORRECTIONAL FACILITY IN SHIRLEY, MASSACHUSETTS.

YOU ARE COMMANDED to have the body of ALVIN CAMPBELL, now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Courtroom Number 20 Boston, Massachusetts on MONDAY, OCTOBER 30, 2006 at 10:00 A.M. for purposes of SENTENCING in the matter of UNITED STATES OF AMERICA VS ALVIN CAMPBELL, CR 05-10142-JLT and are to retain the body of said ALVIN CAMPBELL before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said ALVIN CAMPBELL, to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And you have then and there this Writ with your doings herein.

SARAH THORNTON, CLERK

By: _____
Zita Lovett, Deputy Clerk

DATED AT BOSTON, THIS 26TH
DAY OF OCTOBER, 2006.